# EXHIBIT A

# United States Design Patent Number D700,918



US00D700918S

(12) **United States Design Patent**  
Small

(10) Patent No.: **US D700,918 S**  
(45) Date of Patent: ** **Mar. 11, 2014**

(54) **COTTON MODULE SPEAR IMPLEMENT**

(76) Inventor: **Byron Small**, Senath, MO (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/410,161**

(22) Filed: **Jan. 4, 2012**

**Related U.S. Application Data**

(63) Continuation of application No. 13/033,601, filed on Feb. 23, 2011, now abandoned.

(51) **LOC (10) Cl.** ............................................... **15-03**

(52) **U.S. Cl.**  
USPC ......................................................... **D15/28**

(58) **Field of Classification Search**  
USPC ................ D15/10, 28, 32; 37/406, 403, 468;  
414/724, 912, 24.5, 721, 722, 685  
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D141,948 | S | * | 8/1945 | Michaels | D15/32 |
| 2,652,939 | A | * | 9/1953 | Burch | 414/704 |
| 2,868,399 | A | * | 1/1959 | Fortier | 414/703 |
| 3,416,686 | A | * | 12/1968 | Penrod | 414/715 |
| 3,921,837 | A | * | 11/1975 | Vandewater | 414/24.5 |
| D239,194 | S | * | 3/1976 | Borcherding | D15/32 |
| 4,002,147 | A | * | 1/1977 | Feterl | 119/60 |
| 4,023,690 | A | * | 5/1977 | Goode | 414/24.5 |
| 4,032,184 | A | * | 6/1977 | Blair | 294/207 |
| D245,984 | S | * | 10/1977 | Priefert | D15/32 |
| 4,120,405 | A | * | 10/1978 | Jones et al. | 414/24.5 |
| D292,136 | S | * | 9/1987 | Burenga | D34/35 |
| 4,926,617 | A | * | 5/1990 | Van Mill | 53/587 |
| 5,129,775 | A | * | 7/1992 | Coats et al. | 414/24.5 |
| 5,178,505 | A | * | 1/1993 | Smith | 414/24.5 |
| 5,352,080 | A | * | 10/1994 | Bakke | 414/24.5 |
| D361,772 | S | * | 8/1995 | Hulsey | D15/32 |
| D370,684 | S | * | 6/1996 | Johnson | D15/32 |
| 6,126,985 | A | * | 10/2000 | Cox | 426/636 |
| 7,182,568 | B2 | * | 2/2007 | McGinnes | 414/24.5 |
| 7,753,636 | B2 | * | 7/2010 | Hennig | 414/24.5 |
| 8,061,956 | B2 | * | 11/2011 | Burenga | 414/724 |
| 2004/0096307 | A1 | | 5/2004 | McGinnes | 414/722 |
| 2005/0069405 | A1 | | 3/2005 | Hachikian | 414/722 |
| 2009/0129895 | A1 | * | 5/2009 | Burenga | 414/24.5 |

OTHER PUBLICATIONS

http://salesmanual.deere.com/sales/salesmanual/en_NA/frontier/2011/feature/cotton_bale_handler/.  
http://www.hayspear.com/c=BeMviH9GI63N63dSWMHtDpSbt/product/BS_CLAMP_ON_4_SPEAR.  
http://www.everythingattachments.com/Construction-Attachments-Wide-Frame-Bale-Spear-p/cal-ba.  
http://static.zoovy.com/merchant/panrack/Hayspear_catalogue_e2.pdf (accessed Jan. 3, 2011).

* cited by examiner

*Primary Examiner* — Mark Goodwin  
(74) *Attorney, Agent, or Firm* — John Steckler Schwab

(57) **CLAIM**

The ornamental design for cotton module spear implement, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a cotton module spear implement showing my new design;  
FIG. **2** is a rear perspective view thereof;  
FIG. **3** is a left side view thereof, the right side view being a mirror image thereof;  
FIG. **4** is a rear view thereof;  
FIG. **5** is a front view thereof;  
FIG. **6** is a top view thereof; and,  
FIG. **7** is a bottom view thereof.

**1 Claim, 7 Drawing Sheets**



Case: 4:14-cv-01838-JAR   Doc. #:  1-4   Filed: 10/31/14   Page: 3 of 9 PageID #: 12



FIG. 1

Case: 4:14-cv-01838-JAR   Doc. #:  1-4   Filed: 10/31/14   Page: 4 of 9 PageID #: 13



FIG. 2

Case: 4:14-cv-01838-JAR   Doc. #:  1-4   Filed: 10/31/14   Page: 5 of 9 PageID #: 14



FIG. 3

Case: 4:14-cv-01838-JAR   Doc. #:  1-4   Filed: 10/31/14   Page: 6 of 9 PageID #: 15



FIG. 4

Case: 4:14-cv-01838-JAR   Doc. #:  1-4   Filed: 10/31/14   Page: 7 of 9 PageID #: 16



FIG. 5

Case: 4:14-cv-01838-JAR   Doc. #:  1-4   Filed: 10/31/14   Page: 8 of 9 PageID #: 17



FIG. 6

Case: 4:14-cv-01838-JAR   Doc. #:  1-4   Filed: 10/31/14   Page: 9 of 9 PageID #: 18



FIG. 7