# EXHIBIT B

# Letter From Small and KBH Attorneys
# Dated October 15, 2014



W. KURT HENKE
ELIZABETH T. BUFKIN
JEFFREY S. DILLEY*
MICHAEL D. STEVENS**
WENDI D. LITTON

*ALSO ADMITTED IN TENNESSEE
**ALSO ADMITTED IN ARKANSAS

**Henke-Bufkin**
ATTORNEYS AT LAW

A PROFESSIONAL ASSOCIATION
POST OFFICE BOX 39 | CLARKSDALE, MISSISSIPPI 38614

408 HOPSON STREET
LYON, MISSISSIPPI 38645
TELEPHONE (662) 624-8500
FACSIMILE (662) 624-8040
WWW.HENKE-BUFKIN.COM

OF COUNSEL
WM. CLIFF HEATON
KATHRYN M. BOURNE

October 15, 2014

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Mr. Scott Stonum
Durabilt Industries, LLC
1810 Airport Rd,
Pocahontas, AR 72455

Re:   United States Patent Number US D700,918 S

Dear Mr. Stonum:

This firm is legal counsel for The KBH Corporation ("KBH").

Byron Small is the owner of United States Patent Number US D700,918 S, issued on March 11, 2014, for a "Cotton Module Spear Implement." A copy of the patent is attached for your information.

Mr. Small and KBH have entered into an agreement that grants KBH an exclusive license to market, manufacture, and sell the "Cotton Module Spear Implement" both domestically and internationally. In accordance with this agreement, Mr. Small has assigned to KBH the right to enforce the aforesaid patent.

We are advised that your company is manufacturing, distributing, and selling an implement that you refer to as the "Round Module Cotton Spear," listed on your company's website as Item Number CS2012. We have also confirmed several lost sales by KBH of the "Cotton Module Spear Implement" due to sales by your company and/or its distributors of the "Round Module Cotton Spear." Please be advised that the manufacture, distribution, or sale of the "Round Module Cotton Spear" is an infringement of the patent rights owned by Mr. Small and assigned to KBH.

Demand is hereby made that your company: (1) immediately cease the manufacture, distribution, or sale of the "Round Module Cotton Spear"; (2) recall all "Round Module Cotton Spears" currently in the possession of your distributors and destroy the same; (3) destroy all "Round Module Cotton Spears" in your possession; and (4) provide written notification to me on or by



Mr. Scott Stonum
Page 2
October 15, 2014

the close of business on October 31, 2014, that all infringing activity has ceased and that you have complied with the above requests.

Nothing contained in this letter is intended to waive or modify the legal or equitable rights or remedies of Mr. Small or KBH, and all such rights or remedies are hereby expressly reserved.

Thank you for your immediate attention to this matter, and I look forward to your prompt reply.

Sincerely,

W. Kurt Henke

Enclosure

cc:     Mr. Tim Tenhet